IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No. 5:12-cv-00253-FL

BASKIN-ROBBINS FRANCHISED SHOPS LLC, )
)
Plaintiff, )
)
v. ) **ORDER FOR ENTRY**
) **OF DEFAULT**
THE HARGER COMPANY, et al., )
)
Defendants. )

Upon consideration of the Motion for Entry of Default and the Declaration in Support of Motion for Entry of Default, the Court finds that the record supports the entry of default and default is hereby ENTERED against defendants, The Harger Company and Robert Kay Harger a/k/a Robert Harger-Quigley.

DATED: July 20, 2012

ENTER: _Julie A. Richards_
Clerk